IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JULIO BERDUO BERDUO, | * |
| Petitioner, | * |
| v. | Case No. 4:26-cv-35 (CDL) |
| | * |
| Warden JASON STREEVAL, *et al.*, | |
| | * |
| Respondents. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 15, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 15th day of January 2026.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk